UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:  6:21-cv-01530-WWB-EJK

HOWARD COHAN,

    Plaintiff,

vs.

SUNRISE BOAT MARINA, INC.,
a Florida Profit Corporation,
d/b/a GRILLS SEAFOOD DECK & TIKI BAR

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

    The Plaintiff, HOWARD COHAN, by and through his undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Plaintiff expects to file a notice of voluntary dismissal with prejudice within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED October 11, 2021.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Samantha L. Simpson, Esq.
Florida Bar No.: 1010423
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: samantha@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorneys for Plaintiff

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 11, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant's counsel, Jay R. Thakkar, Esq., via email at: jay@cfglawoffice.com.

        **/s/ Gregory S. Sconzo**
        **Gregory S. Sconzo, Esq.**