UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOWARD COHAN,

    Plaintiff,

vs.                                    CASE NO.: 6:21-cv-01530-WWB-EJK

SUNRISE BOAT MARINA, INC.,
a Florida Profit Corporation,
d/b/a GRILLS SEAFOOD DECK & TIKI BAR

    Defendant(s).
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, HOWARD COHAN and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against Defendant, SUNRISE BOAT MARINA, INC., a Florida Profit Corporation, d/b/a GRILLS SEAFOOD DECK & TIKI BAR.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on October 27, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant's counsel, Jay Thakkar, Esq., via email at: jay@cfglawoffice.com.

    By: **/s/ Gregory S. Sconzo**
    Gregory S. Sconzo, Esq.
    Florida Bar No.: 0105553
    Samantha L. Simpson, Esq.
    Florida Bar No.: 1010423
    Sconzo Law Office, P.A.
    3825 PGA Boulevard, Suite 207

Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: samantha@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorneys for Plaintiff